UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   DEANDRE' MARCUS BROUGHTON            CASE NO. 20-10550
   JACKIE HENDERSON BROUGHTON            JUDGE BENJAMIN A. KAHN
   536 FERNWAY DRIVE
   BURLINGTON, NC  27217

       DEBTORS

SSN(1) XXX-XX-7146    SSN(2) XXX-XX-0499        DATE: 03/05/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT: .00%<br>NAME ID: 1735<br>CLAIM #: 0037 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT: .00%<br>NAME ID: 2794<br>CLAIM #: 0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| ALLIED COLLECTION SERVICE<br>1607 CENTRAL AVE<br>COLUMBUS, IN  47201 | $0.00<br>INT: .00%<br>NAME ID: 175191<br>CLAIM #: 0017 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BRIDGECREST CREDIT COMPANY LLC<br>P O BOX 29018<br>PHOENIX, AZ  85038-9018 | $17,092.59<br>INT: 5.25%<br>NAME ID: 159564<br>CLAIM #: 0008 | | (V) VEHICLE-SECURED<br><br>ACCT: 8601<br>COMMENT: 15KIA |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $326.55<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 6167<br>COMMENT: |
| CITY OF BURLINGTON<br>TAX COLLECTOR<br>P O BOX 1358<br>BURLINGTON, NC  27216 | $0.00<br>INT: .00%<br>NAME ID: 2914<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| COLONY APARTMENTS<br>2008 S MEBANE ST<br>BURLINGTON, NC  27215 | $0.00<br>INT: .00%<br>NAME ID: 182568<br>CLAIM #: 0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONN APPLIANCES INC<br>% BECKET & LEE LLP<br>P O BOX 3002<br>MALVERN, PA  19355 | $0.00<br>INT: .00%<br>NAME ID: 169961<br>CLAIM #: 0012 | | (U) UNSECURED<br>AMENDED<br>ACCT: 7130<br>COMMENT: OC,820A |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CONN APPLIANCES INC<br>% BECKET & LEE LLP<br>P O BOX 3002<br>MALVERN, PA  19355 | $3,021.85<br>INT:  .00%<br>NAME ID:  169961<br>CLAIM #:  0035 | (U) UNSECURED<br><br>ACCT:  7130<br>COMMENT:  SPLIT,820A |
| FIRST POINT COLLECTION RESOURCES<br>CONSUMER CONTACT CENTER<br>2840 ELECTRIC RD STE 202<br>ROANOKE, VA  24018 | $0.00<br>INT:  .00%<br>NAME ID:  167221<br>CLAIM #:  0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GRANITE STATE MGMT & RESOURCES<br>ATTN OFFICER<br>44 WARREN ST<br>CONCORD, NH  03302-3420 | $0.00<br>INT:  .00%<br>NAME ID:  182362<br>CLAIM #:  0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| HAMPTON ROADS FINANCE COMPANY<br>2073 KITTRIDGE DR<br>VIRGINIA BEACH, VA  23456 | $0.00<br>INT:  .00%<br>NAME ID:  182569<br>CLAIM #:  0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $707.00<br>INT:  .00%<br>NAME ID:  123769<br>CLAIM #:  0003 | (P) PRIORITY<br><br>ACCT:  19TX<br>COMMENT:  OC,820A,820A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $2,344.81<br>INT:  .00%<br>NAME ID:  123769<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT:  PEN<br>COMMENT:  820A,820A |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $2,009.00<br>INT:  .00%<br>NAME ID:  43307<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT:  1305<br>COMMENT:  CREDIT ONE BANK |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $2,462.68<br>INT:  .00%<br>NAME ID:  149311<br>CLAIM #:  0025 | (U) UNSECURED<br><br>ACCT:  9942<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $229.43<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0004 | (P) PRIORITY<br><br>ACCT:  7TXS<br>COMMENT:  OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $54.20<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0039 | (U) UNSECURED<br><br>ACCT:  /PEN<br>COMMENT: |
| NATIONAL FINANCE CO<br>204 W FRONT ST<br>BURLINGTON, NC  27215 | $0.00<br>INT:  .00%<br>NAME ID:  35868<br>CLAIM #:  0026 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $657.36<br>INT:  .00%<br>NAME ID:  68146<br>CLAIM #:  0019 | (U) UNSECURED<br><br>ACCT:  6414<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $977.70<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0029 | (U) UNSECURED<br><br>ACCT: 8779<br>COMMENT: ROOMS TO GO |
| PRA RECEIVABLES MANAGEMENT LLC<br>% PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $9,110.84<br>INT:  .00%<br>NAME ID: 118583<br>CLAIM #:  0027 | (U) UNSECURED<br><br>ACCT: 8289<br>COMMENT: 1020TFCL |
| REGIONAL MANAGEMENT CORP<br>979 BATESVILLE RD STE B<br>GREER, SC  29651 | $5,822.96<br>INT:  .00%<br>NAME ID: 162250<br>CLAIM #:  0033 | (U) UNSECURED<br><br>ACCT: 2574<br>COMMENT: |
| SPRINT CORP<br>ATTN BANKRUPTCY DEPT<br>P O BOX 7949<br>OVERLAND PARK, KS  66207 | $2,698.36<br>INT:  .00%<br>NAME ID: 153575<br>CLAIM #:  0034 | (U) UNSECURED<br><br>ACCT: 7699<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | MONTHLY PMT  $850.00<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0005 | (H) ONGOING-SECURED<br><br>ACCT: 2090<br>COMMENT: DT,RERP,CTD,EFF OCT20 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $2,550.00<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 2090<br>COMMENT: ARR,JUL THRU SEPT20 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $1,984.63<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0007 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 2090<br>COMMENT: ARR THRU JUN20 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $7,380.00<br>INT: 5.25%<br>NAME ID: 170064<br>CLAIM #:  0009 | (V) VEHICLE-SECURED<br><br>ACCT: 2052<br>COMMENT: 12ACUR |
| STATE EMPLOYEES CREDIT UNION<br>ATTN MANAGING OFFICER/AGENT<br>119 N SALISBURY ST<br>RALEIGH, NC  27603 | $0.00<br>INT:  .00%<br>NAME ID: 173705<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN MANAGING OFFICER/AGENT<br>119 N SALISBURY ST<br>RALEIGH, NC  27603 | $0.00<br>INT:  .00%<br>NAME ID: 173705<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0013 | (S) SECURED<br>SURRENDERED<br>ACCT: 2051<br>COMMENT: 01ISUZ,REL |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $2,381.32<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 2052<br>COMMENT: SPLIT |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $217.89<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0028 | | (U) UNSECURED<br><br>ACCT: 2053<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $2,487.12<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0036 | | (U) UNSECURED<br><br>ACCT: 2001<br>COMMENT: |
| TIME INVESTMENT CORPORATION<br>DBA TIME FINANCING SERVICE<br>P O BOX 398<br>MOUNT OLIVE, NC  28365 | $5,189.28<br>INT: .00%<br>NAME ID: 175253<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 5430<br>COMMENT: |
| VERIZON WIRELESS<br>500 TECHNOLOGY DR STE 550<br>WELDON SPRING, MO  63304 | $0.00<br>INT: .00%<br>NAME ID: 142774<br>CLAIM #: 0030 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WELCOME FINANCE COMPANY INC<br>237 S GRAHAM HOPEDALE RD<br>BURLINGTON, NC  27217 | $1,241.56<br>INT: .00%<br>NAME ID: 118319<br>CLAIM #: 0031 | | (U) UNSECURED<br><br>ACCT:<br>COMMENT: |
| WELLS FARGO BANK NA<br>P O BOX 14487<br>DES MOINES, IA  50309 | $0.00<br>INT: .00%<br>NAME ID: 159695<br>CLAIM #: 0032 | | (S) SECURED<br>SURRENDERED<br>ACCT: 5924<br>COMMENT:  HH,FRN,REL |
| WELLS FARGO BANK NA<br>P O BOX 14487<br>DES MOINES, IA  50309 | $1,938.01<br>INT: .00%<br>NAME ID: 159695<br>CLAIM #: 0038 | | (U) UNSECURED<br><br>ACCT: 5924<br>COMMENT:  SPLIT,920A |
| **TOTAL:** | **$73,787.14** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,165.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/05/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
Attorney for Debtors - Electronic Notice